CSD 3015 [01/01/02]
Name, Address, Telephone No. & I.D. No.

Timothy J. Silverman, Bar No. 145264
Pamela LaBruyere, Bar No. 159233
Solomon, Grindle, Silverman & Spinella, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 793-8500

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re NAOMI DYE-CHEN aka NAOMI CHEN<br><br>Debtor. | BANKRUPTCY NO.<br>06-02200-JM7 |
| SCOTT M. FOREMAN<br><br>Plaintiff(s) | ADVERSARY NO.<br>06-90460-JM |
| v.<br>NAOMI DYE-CHEN aka NAOMI CHEN<br><br>Defendants(s) | |

## NOTICE OF HEARING AND MOTION

TO: Defendant Naomi Dye-Chen aka Naomi Chen and her attorney of record:

  **YOU ARE HEREBY NOTIFIED** that on June 22, 2007, at 10:00 a.m., in Department One, Room 218, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Plaintiff, Scott M. Foreman, for Motion for Leave to File First Amended Complaint to Determine Dischargeability of Debt.

  Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: May 17, 2007

/s/ Pamela LaBruyere
[Attorney for] Moving Party
Pamela LaBruyere, Esq.

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

CSD 3015                                                                                           CSD-3015

CSD 3015 (Page 2) [01/01/02]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __18__ day of __May, 2007__, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]
First Class Mail, United States Postal Service,

on the following persons [set forth name and address of each person served] and as checked below:

[X] Attorney for Debtor (if required):

Judith A. Descalso, Esq.
960 Canterbury Place, Suite 340
Escondido, CA  92025

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __May 18, 2007__
(Date)

(Typed Name and Signature)
Missy Kresl

Solomon, Grindle, Silverman & Spinella
(Address)
12651 High Bluff Drive, Suite 300
San Diego, CA  92130
(City, State, ZIP Code)

CSD 3015