Name, Address, Telephone No. & I.D. No.
Margaret M. Mann 99054
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA  92122
858.450.5807

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>NAOMI DYE-CHEN<br><br>                                      Debtor. | BANKRUPTCY NO. 06-02200-M7 |
| SCOTT M. FOREMAN<br><br>                                      Plaintiff(s) | ADVERSARY NO. 06-90460-M7 |
| v.<br>NAOMI DYE=CHEN<br><br>                                      Defendants(s) | |

## MEDIATOR'S CERTIFICATE OF COMPLIANCE

I, Margaret M. Mann_____, the Court appointed Mediator, declare:

1. Date of Mediation: 8/8/07_____

    Continued Date: (If applicable) _____

2. The Rules governing mediation have __x__ have not ____ been complied with.

3. A settlement of this matter has _____ has not __X__ been reached.

4. If settlement has been reached, _____, (plaintiff) (defendant), shall prepare the stipulation for settlement.

Dated: August 15, 2007

_____
(Mediator)
Margaret M. Mann

FOR COURT USE ONLY (Case Management Section):

cc:    Courtroom Deputy

CSD 4004

American LegalNet, Inc.
www.FormsWorkflow.com

## PROOF OF SERVICE BY MAIL

I, Michele McConnell, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 4350 La Jolla Village Drive, 7th Floor, San Diego, CA 92122-1246. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On August 15, 2007, I served the following:

**MEDIATOR'S CERTIFICATE OF COMPLIANCE**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

| | |
|---|---|
| Judith Descalso<br>960 Canterbury Place<br>Suite 340<br>Escondido, CA 92025 | Timothy Silverman<br>Pamela LaBruyere<br>Solomon Grindle Silverman & Spinella<br>12651 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 15, 2007 at San Diego, California.

_____
Michele McConnell