JUDITH A. DESCALSO    Cal Bar No.103211
Attorney at Law
960 Canterbury Pl., Ste. 340
Escondido, CA 92025
Phone:  (760) 745-8380
Fax:  (760) 860-9800


Attorney for Debtor/Defendant
NAOMI DYE-CHEN


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 06-2200-M7 |
| NAOMI DYE-CHEN , | ADV. No. 06-90460-JM |
| | STIPULATION TO CONTINUE PRE-TRIAL STATUS CONFERENCE |
| Debtor(s) | |
| SCOTT M. FOREMAN, | Old Date:    8/17/2007 |
| | Time:         10:00 a.m. |
| Plaintiff, | Dept:          1 |
| v. | |
| | New Date:   10/12/2007 |
| NAOMI CHEN, | Time:         10:00 a.m. |
| | Dept:          1 |
| Defendant. | |

**RECITALS**

    The complaint in this matter was filed on November 17, 2006.  Defendant filed her

answer on December 17, 2006.  An amended complaint was filed on June 25, 2007 and

Defendant's answer was filed on July 20, 2007.  The parties participated in mediation on

August 8, 2007, but while they were not able to settle the matter they did arrive at a partial

agreement that they would like to continue working on to resolve all matters in this case.  The

parties agree it is in the best interests of all parties and the court to continue this hearing in order

to continue efforts to complete a settlement.  There have been no prior continuances of the

status conference.

**STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO:

  The parties request this pretrial status conference be continued to October 12, 2007 at

10:00 a.m. or as soon thereafter as the court may deem appropriate.

          SOLOMON, GRINDLE, SILVERMAN
          & SPINELLA

Dated: August 16, 2007    /s/ Pamela La Bruyere_____
          By: Pamela LaBruyere, Esq.
          Attorneys for Plaintiff

Dated: August 16, 2007    /s/ Judith A. Descalso_____
          Judith A. Descalso
          Attorney for Defendant