# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

**ADV:** 06-90460

**SCOTT M. FOREMAN VS NAOMI DYE-CHEN**

| | |
|---|---|
| **Debtor:** | NAOMI DYE-CHEN |
| **Case Number:** | 06-02200-JM7    **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 12, 2007 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | JAMES W. MEYERS |
| **Courtroom Clerk:** | MARCIA PEARSON |
| **Reporter / ECR:** | NANCY WINGIS |

### *Matter:*

PRE-TRIAL STATUS CONFERENCE FILED BY TIMOTHY J. SILVERMAN  ON BEHALF OF SCOTT M. FOREMAN (fr 6/22)

### *Appearances:*

Pamela LaBryuere, ATTORNEY FOR SCOTT M. FOREMAN
Judith A. Descalso, ATTORNEY FOR Naomi Dye-Chen

### *Disposition:*

Continued 2/1/08 @10 am for pretrial;  discovery cutoff 1/11/08