TIMOTHY J. SILVERMAN, ESQ., BAR NO. 145264
PAMELA LaBRUYERE, ESQ., BAR NO. 159233
SOLOMON, GRINDLE, SILVERMAN & SPINELLA
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Plaintiff
SCOTT M. FOREMAN

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NAOMI DYE-CHEN aka NAOMI CHEN,<br><br>Debtor.<br>_____<br><br>SCOTT M. FOREMAN,<br><br>Plaintiff,<br><br>v.<br><br>NAOMI DYE-CHEN aka NAOMI CHEN,<br><br>Defendant.<br>_____ | Case No: 06-02200-M7<br><br>Adv. Pro. 06-90460-M7<br><br>**DECLARATION OF PAMELA LaBRUYERE REGARDING STATUS OF ADVERSARY PROCEEDING**<br><br>Date:   None set<br>Time:   n/a<br>Dept:   One<br>Judge:  Hon. James W. Meyers |

I, Pamela LaBruyere, declare:

1.  I am an attorney with Solomon, Grindle, Silverman & Spinella, APC, attorneys for the Plaintiff, Scott M. Foreman, in the above-captioned adversary proceeding ("Adversary"). I have personal knowledge of the facts set forth herein and if called upon as a witness, I could and would competently testify regarding these facts.

1

2. I make this declaration in order to advise the court of the status of the Adversary after receipt of a Notice of Intent to Dismiss Adversary Proceeding with Prejudice for Want of Prosecution ("Notice").

3. The Notice required Plaintiff to respond within 20 days of February 20, 2008.

4. This matter was set for a Pre-Trial Status Conference on February 1, 2008.

5. Shortly before the status conference, the parties agreed to a settlement in principle and the Court took the hearing off calendar.

6. Shortly thereafter, Plaintiff's counsel provided the proposed settlement documents to counsel for Defendant Naomi Dye Chen ("Defendant").

7. Since that time, the parties have engaged in negotiations regarding the details of the settlement.

8. Plaintiff is informed by Defendant's counsel that the Defendant has agreed to the settlement terms, but is out of the country until late March 2008 and unable to sign the documents prior to the Notice deadline.

9. Plaintiff requests that the court vacate the Notice and consider this declaration in lieu of the hearing required by the Notice.

10. Plaintiff further requests that the court allow until April 1, 2008, for the parties to sign and file the appropriate order or judgment or to notice the matter for hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 10th day of March, 2008, in San Diego, California.

*Pamela LaBruyere*
Pamela LaBruyere