**CSD 3000A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Timothy J. Silverman, SBN 145264
Pamela LaBruyere, SBN 159233
SOLOMON, GRINDLE, SILVERMAN & SPINELLA, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 793-8500; FAX 793-8263

Order Entered on
July 10, 2008
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re    NAOMI DYE-CHEN aka NAOMI CHEN,                    Debtor. | BANKRUPTCY NO.  06-02200-M7 |
|---|---|
| SCOTT M. FOREMAN,                    Plaintiff(s) | ADVERSARY NO.  06-90460-M7 |
| v.  NAOMI DYE-CHEN aka NAOMI CHEN,                    Defendants(s) | Date of Hearing: N/A  Time of Hearing: N/A  Name of Judge: Hon. James W. Meyers |

## ORDER ON REQUEST FOR COURT TO RETAIN JURISDICTION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  2  with exhibits, if any, for a total of  2  pages, is granted.  Motion/Application Docket Entry No.  28 .

//
//
//
//

DATED: July 10, 2008

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

_____
Judge, United States Bankruptcy Court

Submitted by:

Pamela LaBruyere
SOLOMON, GRINDLE SILVERMAN & SPINELLA, APC

By:  /s/ Pamela LaBruyere
    Attorney for  [X] Movant   [ ] Respondent

**CSD 3000A**

```
CSD 3000A [11/15/04](Page 2)
ORDER ON ORDER ON REQUEST FOR COURT TO RETAIN JURISDICTION
DEBTOR: Naomi Dye-Chen                          CASE NO.: 06-02200-M7
                                                ADV. NO.:  06-90460-M7
```

Plaintiff SCOTT M. FOREMAN and Defendant NAOMI DYE CHEN have entered into a Settlement Agreement and Release effective as of February 1, 2008 ("Settlement Agreement"). A true and correct copy of the Settlement Agreement was filed with the court on March 26, 2008. The Settlement Agreement provides that Defendant shall make payments to Plaintiff until the settlement amount is paid in full. It further provides that in the event Defendant fails to make any payments, Plaintiff shall be entitled to enter judgment against Defendant. The Court shall retain jurisdiction over this matter.

```
CSD 3000A
```

*Signed by Judge James W. Meyers July 10, 2008*